UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **KERMIT FRANKLIN PINDER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:05CV826-SNL |
| | ) |
| **ALBERTO R. GONZALES, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this case is **DISMISSED** pursuant to motion filed November 3, 2005 (#14).

Dated this  7th  day of November, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE